# UNITED STATES DISTRICT COURT

## District of Minnesota

Marco Patricio Maigua Toazo

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood and Dawanna S. Witt

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01116-PAM/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is DENIED; and

2. This action is DISMISSED without prejudice.

Date: 2/23/2026

KATE M. FOGARTY, CLERK